UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| AURISA ISOM | CIVIL ACTION |
| VERSUS | |
| LOUISIANA OFFICE OF JUVENILE JUSTICE, ET AL. | NO. 21-00013-BAJ-SDJ |

## JUDGMENT

Considering Plaintiff's **Stipulation of Dismissal (Doc. 121)**, which is a stipulation of dismissal signed by counsel for all remaining Parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, each Party to bear its own costs.

Baton Rouge, Louisiana, this 26th day of July, 2023

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA